IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-30821
Summary Calendar
_____

ALVA POSADA-NAVES                                        Petitioner-Appellant,

versus

KEITH HALL, Warden, Oakdale
Federal Correctional Institute,                         Respondent-Appellee.

_____

Appeal from the United States District Court
for the Western District of Louisiana
(CA-94-1829)
_____

February 1, 1996

Before KING, SMITH, and BENAVIDES, Circuit Judges.

PER CURIAM[*]:

Alva Posada-Naves ("Posada-Naves") appeals from the district
court's order denying his petition for a writ of *habeas corpus*
pursuant to 28 U.S.C. § 2241.  He argues that the "no parole"
provision of 21 U.S.C. § 960 does not apply to his conviction and
sentence because the statute did not become effective on the day of
enactment.  Our review of the record on appeal reveals no
reversible error.  "[A]bsent a clear direction by Congress to the
contrary, a law takes effect on the date of its enactment."
*Gozlon-Peretz v. United States*, 498 U.S. 395, 111 S.Ct. 840, 846,

_____

[*]  Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

112 L.Ed.2d 919 (1991); *see also United States v. Giltner*, 972 F.2d 1563, 1565 (11th Cir. 1992), *cert. denied*, ___U.S.___, 113 S.Ct. 2383, 124 L.Ed.2d 286 (1993).  Thus, the "no-parole" provision became effective on October 27, 1986 and was applicable to Posada-Naves's offense.

AFFIRMED.